NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000200
13-DEC-2013
08:36 AM

NO. CAAP-10-0000200

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

EDWARD SMITH, Claimant-Appellant,
v.
SUEJI KANEMOTO,
and
FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Employer/Insurance Carrier-Appellees

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2008-423(M) (7-78-00428))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding J., Fujise and Leonard, JJ.)

Upon consideration of Claimant-Appellant's "Motion For Re-Exaime [sic] Court Summary Disposition Order" filed on December 6, 2013, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaii, December 13, 2013.

Presiding Judge

Associate Judge

Associate Judge